UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RAYMOND STAFFORD | CIVIL ACTION NO. 17-cv-262 |
| VERSUS | CHIEF JUDGE HICKS |
| WALTER J STANTON III ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge (Doc.230) previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Berkley's Motion for Leave to File a Crossclaim Against Stanton and for Extension of the Deadline to File a Crossclaim (Doc. 200) is denied.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day of February, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT